

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2015

No. 04-12-00602-CR

Michael Jason **TUCKER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-03-0067-CRA
Honorable Stella Saxon, Judge Presiding

## O R D E R

Sitting:[1]    Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

      The court has considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] Retired Chief Justice Catherine Stone not participating.